UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

WILLIAM W. MORRIS and
JACQUELINE L. MORRIS,

        Debtors.
_____/

Case No: 11-07682 swd
Chapter 7
Honorable Scott W. Dales
Filed: July 19, 2011

## ORDER CONFIRMING SALE OF INTEREST IN LAND CONTRACT, STOCK SALES AGREEMENT AND CAUSE OF ACTION (948 N. RAYMOND, BATTLE CREEK, MICHIGAN 49014, AND HOTS, INC. STOCK)

        Stephen L. Langeland, Chapter 7 Trustee (the "**Trustee**") has filed a motion (the "**Motion**") to sell (a) his interest in the Land Contract dated September 24, 2007, as amended March 21, 2010, and March 23, 2011, between HOTS, Inc. as vendor and HOA Enterprises, Inc. as purchaser (the "**Land Contract**") for sale of the real property commonly known as 948 N. Raymond Road, Battle Creek, Michigan 49014, located in Emmett Township, Calhoun County, Michigan (the "**Property**"), together with the estate's interest in the Property, which Property is and legally described as follows:

    Parcel 1: Commencing at a point on the Southeasterly line of Raymond Road, distant South 33° West 416.6 feet from the Southwest corner of Lot 1, Block 1 of the recorded Plat of Brownlee Park; thence South 77°40' East 132 feet; thence North 33° East 60 feet; thence South 77°40' East 168 feet; thence South 33° West 120 feet; thence North 77°40' West 300 feet to the Southeasterly line of Raymond Road; thence North 33° East 60 feet to the Place of Beginning, being on the Southeast 1/4, of Section 5, Town 2 South, Range 7 West, Township of Emmett, Calhoun County, Michigan.

    Parcel 2: Also: All that part of the Southeast 1/4 of Section 5, Town 2 South, Range 7 West, Township of Emmett, Calhoun County, Michigan, described as follows: Beginning at a point on the East line of said section distant 659.26 feet North of the South line of said section; thence North 77°40' West 176.55 feet; thence North 33° East parallel with and distant 280.7 feet measured at right angles from the Easterly line of Raymond Road 120 feet; thence South 77°40' East 107.9 feet to the East line of said section; thence South 00°51' East along said section line 115.32 feet to the Place of Beginning.

    Parcel 3: Part of the Southeast 1/4 of Section 5, Town 2 South, Range 7 West, Emmett Township, Calhoun County, Michigan, described as: Beginning at a point on the Southeasterly line of Raymond Road, distant South 33° West 336.6 feet from the Southwest corner of Lot 1, of the recorded Plat of Brownlee Park; thence continuing South 33° West, 80.00 feet along said Southeasterly line of Raymond Road; thence South

77°40' East, 132 feet; thence North 33° East, 60 feet; thence South 77°40' East 168 feet; thence North 74°00'42" West 293.54 feet to the Place of Beginning.

Commonly known as: 948 N. Raymond, Battle Creek, Michigan
P.P. No.: 13-10-005-004-01

(b) a cause of action to reform the Land Contract to require payments due under the Land Contract to be paid to the Trustee, (c) all of the Trustee's right, title and interest under a stock sales agreement (the "**Sale Agreement**") dated September 24, 2007, between William W. Morris and HOTS, Inc. as the sellers and Stephen J. Titus as the buyer, a promissory note dated April 24, 2009, in the original principal amount of $49,900.00 (the "**Note**") given by Titus to William W. Morris, and any interest in the stock in HOTS, Inc. sold to Stephen J. Titus pursuant to the Sale Agreement, and (d) all amounts due under the Land Contract, the Sale Agreement and the Note (collectively, the "**Interest**").

      Sale of the Interest to _____ (the "**Buyer**") is approved on the terms and conditions contained in the Motion for the amount of $_____, payable in cash or other immediately available funds. The sale will be by an assignment, quit claim deed and/or bill of sale, as requested by the Buyer.

      This Order is effective immediately, closing of sale of the Interest may be occur immediately following the date this Order has been signed, and that the fourteen (14) day stay provided by Fed. R. Bankr. P. 6004(g) does not apply.

8291022-7

**END OF ORDER**